DEFENDANT: Michael Shawn Stewart

YOB: 1963

COMPLAINT FILED? _____ Yes __X__ No

If Yes, MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ Yes __X__ No

OFFENSE(S): COUNTS 1-14: 18 U.S.C. § 1343: Wire Fraud
COUNT 15: 18 U.S.C. § 371: Conspiracy to Defraud the United States

LOCATION OF OFFENSE: Denver County, Colorado

PENALTY: COUNTS 1-14: NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.

COUNT 15: NMT 5 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.

AGENT: John Maglosky, Special Agent FBI

AUTHORIZED BY: Pegeen D. Rhyne
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __x__ over five days    _____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

__X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: ___ Yes    __X__ No