DEFENDANT:   Bryant Edwin Sewall

YOB:   1966

COMPLAINT FILED?   _____ Yes   __X__ No

If Yes, MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   __X__ No

OFFENSE(S):   COUNTS 1-14: 18 U.S.C. § 1343: Wire Fraud
COUNT 15: 18 U.S.C. § 371: Conspiracy to Defraud the United States

LOCATION OF OFFENSE:   Denver County, Colorado

PENALTY:   COUNTS 1-14: NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.

COUNT 15:   NMT 5 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.

AGENT:   John Maglosky, Special Agent FBI

AUTHORIZED BY:   Pegeen D. Rhyne
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less   __x__ over five days   _____ other

THE GOVERNMENT

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   __X__ No