AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

United States of America
v.

BRYANT EDWIN SEWALL

*Defendant*

Case No. 21-cr-34-WJM-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRYANT EDWIN SEWALL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-14: 18 U.S.C. § 1343 (wire fraud)
Count 15: 18 U.S.C. § 371 (conspiracy to commit wire fraud)

Date: 02/04/2021

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state: Denver Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |