**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    BRYANT EDWIN SEWALL,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for defendant Bryant Edwin Sewall in the above-captioned case.

    DATED at Denver, Colorado this 11th day of March, 2021.

    Respectfully submitted,

*s/Kenneth M. Harmon*
Kenneth M. Harmon
Springer & Steinberg, P.C.
1600 Broadway, Suite 2100
Denver, Colorado 80202
Tel. No. (303) 861-2800
E-Mail: kharmon@springersteinberg.com

Counsel for Bryant Edwin Sewall

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 11th day of March 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                 *s/Kenneth M. Harmon*
                 Kenneth M. Harmon