AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3/11/2021
JEFFREY P. COLWELL, CLERK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  21-cr-34-WJM-2 |
| BRYANT EDWIN SEWALL | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  BRYANT EDWIN SEWALL ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-14: 18 U.S.C. § 1343 (wire fraud)
Count 15: 18 U.S.C. § 371 (conspiracy to commit wire fraud)

Date:  02/04/2021

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state:  Denver Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/8/21 , and the person was arrested on *(date)* 3/3/21
at *(city and state)* DENVER, CO .

Date: 3/3/21

*Arresting officer's signature*

JOHN MAGLOSKY - FBI SA
*Printed name and title*