IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     BRYANT EDWIN SEWALL,

        Defendant.

## UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE TRAVEL CONDITION

Defendant Bryant Edwin Sewall, by and through his undersigned counsel, and without opposition of the Government or U.S. Pretrial Services Office, hereby moves this Court to modify his pretrial release conditions to extend non-pre-approved travel to the Northern District of Texas.

In support of the motion, Defendant Sewall states as follows:

1. On March 3, 2021, Mr. Sewall made his initial appearance in this case and was ordered released by this Court on a $70,000 unsecured appearance bond, subject to a set of standard and special pretrial release conditions (DE 20-21).[1] The pretrial release conditions included the condition that Mr. Sewall limit his travel to the Eastern District of Texas and to and from Colorado for court-related matters unless prior permission were granted by the Court (DE 21, Order Setting Conditions of Release, ¶ 7(f)).

---

[1] "DE" refers to docket entries in this case.

1

2. As the Court is aware, Mr. Sewall lives in Little Elm, Texas with his family. Little Elm is situated within Denton County, Texas, which, in turn, is sandwiched between two counties that are within the Northern District of Texas and which undersigned counsel understands is within the greater Dallas-Fort Worth metropolitan area. The county is in the extreme Western part of the Eastern District of Texas and shares borders with several other counties in the Northern District of Texas.[2]

3. Mr. Sewall is currently endeavoring to seek gainful employment, which is one of his pretrial release conditions. However, most of Mr. Sewall's employment opportunities are situated within Dallas and Tarrant counties, which are within the Northern District of Texas. Further, Mr. Sewall advises that he and his family would be attending church services in the Northern District of Texas, that he and his family would have various routine errands in locations within that district, and that he has a number of friends and social acquaintances, not involved in this case, who are also situated within the district.

4. Mr. Sewall accordingly requests that his travel – without requirement of judicial pre-approval -- be expanded to travel within the Northern District of Texas for these reasons.

5. Undersigned counsel has spoken with both Mr. Sewall's supervising Pretrial Services Officer in the Eastern District of Texas, Frederick Forman, and the Pretrial Services Officer responsible for his case in this district, Megan Dibsie, about this

---

[2] The geographic boundaries of the two judicial districts and the juxtaposition of Denton County with counties within the Northern District of Texas are illustrated in judicial district locator maps published by the respective U.S. District Courts on their respective websites. Links to these maps can be found here: http://www.txed.uscourts.gov/court-locator; http://www.txnd.uscourts.gov/court-locator.

request travel modification.  Officer Forman advised that he does not oppose the modification and, in fact, recommended this modification to Mr. Sewall when first reviewing the various pretrial release conditions with him.   Officer Forman further advised that the inclusion of travel within the Northern District of Texas is a routine part of the travel conditions imposed on supervisees situated where Mr. Sewall resides.  Officer Dibsie advised that she was not opposed to the modification on the understanding that it was satisfactory to Officer Forman.

6. Undersigned counsel also corresponded with Assistant U.S. Attorney Rhyne, who indicated that she was not opposed to the requested modification.

WHEREFORE, Defendants Sewall respectfully request that this Court grant this motion and modify his pretrial conditions of release to include travel within the Northern District of Texas as part of the travel permitted him without prior judicial approval.

Dated: March 16, 2021

Respectfully Submitted,

*s/Kenneth M. Harmon*
Kenneth M. Harmon
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado 80202
Tel. No. (303) 861-2800
E-Mail: kharmon@springersteinberg.com

Counsel for Bryant Edwin Sewall

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send

3

notification of such filing by operation of the CM/ECF system to government counsel of record.

                                                    *s/Kenneth M. Harmon*
                                                  Kenneth M. Harmon

4