**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  21-cr-00034-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.    **BRYANT EDWIN SEWALL**,

       Defendant.

---

**DEFENDANT SEWALL'S MOTION FOR ENDS OF JUSTICE CONTINUANCE OF 180 DAYS AND TO VACTATE ALL DEADLINES, HEARINGS AND TRIAL DATE**

---

     Defendant Bryant Edwin Sewall, by and through his undersigned counsel, hereby approves and adopts co-defendant Michael Stewart's motion styled Motion for Ends of Justice Continuance of 180 days and to Vacate All Deadlines, Hearings and Trial Date, filed on March 23, 2021 (Docket Entry No. 34), and, moves this Court  for the reasons set forth therein, for (1) an ends of justice continuance of 180 days, with a finding that the ends of justice would be served by excluding 180 days from Speedy Trial Act computations prescribed under 18 U. S. C. § 3161, and resetting trial of this case outside of the presumptive deadline set under the Act;  and (2) vacating the current trial

1

2

setting and related pretrial dates and deadlines and resetting same consistent with this exclusion of time.

Dated: March 23, 2021

Respectfully Submitted,

*s/Kenneth M. Harmon*
Kenneth M. Harmon
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado 80202
Tel. No. (303) 861-2800
E-Mail: kharmon@springersteinberg.com

Counsel for Bryant Edwin Sewall

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing by operation of the CM/ECF system to all counsel of record.

*s/Kenneth M. Harmon*
Kenneth M. Harmon