**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SHAWN STEWART, and
2. **BRYANT EDWIN SEWALL,**

    Defendants.

___

**POST-INDICTMENT RESTRAINING ORDER**
___

    Upon consideration of the Government's motion for post-indictment restraint of certain property that is subject to forfeiture in the above-captioned criminal action, the verified materials submitted in support thereof, and the Indictment of defendants Michael Shawn Stewart and Bryant Edwin Sewall, it appears to the Court that there is good cause to enter a restraining order to preserve the subject property based upon the following:

    1.    That a federal grand jury of this district has returned an Indictment against defendants Michael Shawn Stewart and Bryant Edwin Sewall, on charges of wire fraud in violation of 18 U.S.C. §§ 371, and 1343.  Furthermore, said Indictment also alleges criminal forfeiture under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) of certain property, including real properties in the Bahamas and several bank accounts in which Michael Shawn Stewart and Bryant Edwin Sewall hold an interest.

    2.    That the federal grand jury's indictment of Michael Shawn Stewart and Bryant Edwin Sewall, which specifically identifies the fraud scheme, establishes

sufficient probable cause that Stewart and Sewall were involved in the fraud scheme and that the assets listed in the Indictment are proceeds of the scheme, therefore establishing probable cause for the issuance of this restraining order.

3. That the affidavit of U.S. Deputy Marshal Tyson Polski establishes probable cause to believe that the following Subject Real Properties were purchased with investor funds from the fraud scheme:

   a. Odessa Oblast, Ovidiopol Region, Lymanka, Zhemchuzhna Street., r/a "Druzhnyi", Building 1-A, Apartment 224; and
   b. Kyiv, Velyka Vasylkivska Street, Building 40, Apartment 11.

4. That the need to preserve the availability of the subject property through the entry of the order requested herein outweighs the hardship on any party against whom the order is to be entered.

5. That any third-party claims to the subject property may be properly brought and resolved in ancillary proceedings conducted by this Court following the execution of a Preliminary Order of Forfeiture in accordance with the provisions of federal forfeiture law.

THEREFORE, IT IS HEREBY ORDERED AND DECREED:

That, effective immediately, Bryant Edwin Sewall and Hanna Ohonkova Sewall, their agents, servants, employees, attorneys, family members and those persons in active concert or participation with them, and those persons, financial institutions, or other entities who have any interest or control over the subject property are hereby RESTRAINED, ENJOINED, AND PROHIBITED, without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability

or value of said property, including but not limited to selling, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of their interest, direct or indirect, in the following property:

a. Odessa Oblast, Ovidiopol Region, Lymanka, Zhemchuzhna Street., r/a "Druzhnyi", Building 1-A, Apartment 224, legally described as:

Одеська обл., Овідіопольський р., с. Лиманка, вулиця Жемчужна, ж/м "Дружний", будинок 1а, квартира 224; and

b. Kyiv, Velyka Vasylkivska Street, Building 40, Apartment 11, legally described as:

м.Київ, вулиця Велика Васильківська, будинок 40, квартира 11.

IT IS FURTHER ORDERED that the United States or any Subject of this Order may seek modifications of this Order if it is deemed necessary by them to preserve their interest in the subject properties.

IT IS FURTHER ORDERED that the Government shall promptly serve a copy of this Restraining Order upon Bryant Edwin Sewall and Hanna Ohonkova Sewall, and shall a make a return thereon reflecting the date and time of service.

THIS RESTRAINING ORDER shall remain in full force and effect until further order of this Court.

DONE this the _____ day of _____ 2021.

_____
William J. Martínez
United States District Judge