**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SHAWN STEWART, and
**2. BRYANT EDWIN SEWALL,**

    Defendants.
_____

**UNITED STATES' FIRST BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**
_____

    COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney William B. Gillespie, and hereby files the following First Bill of Particulars:

    1.    In the Forfeiture Allegation on Pages 14–16 of the Indictment returned on February 4, 2021, the United States alleged that, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), it would seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, from the commission of the offenses alleged in Counts One through Fifteen of the Indictment, including, but not limited to:

    a.    Real property located at Mira Mar Villas, #15 Garden Drive, Paradise Island, Bahamas;

    b.    Real property located at 704 Ocean Place Condominiums, Paradise Island, Bahamas;

 c. All funds held in account number 2003719.01 at Ansbacher (Bahamas) Ltd., held in the name of Mediatrix Capital Fund Ltd.;

 d. All funds held in account number 1007557881 at Global Fidelity Bank Ltd., held in the name of Blue Isle Markets Inc;

 e. All funds held in account number 1007557882 at Global Fidelity Bank Ltd., held in the name of Blue Isle Markets Inc;

 f. All funds held in Equiti Capital UK Ltd., brokerage account number 70160, held in the name of Blue Isle Markets Inc.;

 g. All funds held in Equiti Capital UK Ltd., brokerage account number 70166, held in the name of Blue Isle Markets Inc.;

 h. All funds held in Equiti Capital UK Ltd., brokerage account number 70167, held in the name of Blue Isle Markets Inc.;

 i. All funds held in Advanced Markets (UK) Limited, brokerage account BLUEISLE_WL, held in the name of Blue Isle Markets Inc.;

 j. All funds held in Advanced Markets (UK) Limited, brokerage account BLUEISLE2_WL, held in the name of Blue Isle Markets Inc.; and

 k. A money judgment in the amount of proceeds obtained by the conspiracy and scheme, and by the defendants.

 2. Accordingly, the United States gives notice that as a result of the violations of 18 U.S.C. §§ 1343 and 371, as alleged in Counts One through Fifteen of the Indictment, and by this reference fully incorporated herein, the United States seeks forfeiture of defendant Bryant Edwin Sewall's interest in the following:

    a.    Real property located at Ukraine, Odessa Oblast, Ovidiopol Region, Lymanka, Zhemchuzhna Street., r/a "Druzhnyi", Building 1-A, Apartment 224, legally described as:

Одеська обл., Овідіопольський р., с. Лиманка, вулиця Жемчужна, ж/м "Дружний", будинок 1а, квартира 224; and

    b.    Real property located at Ukraine, Kyiv, Velyka Vasylkivska Street, Building 40, Apartment 11, legally described as:

м.Київ, вулиця Велика Васильківська, будинок 40, квартира 11.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

s/William B. Gillespie
***William B. Gillespie***
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: William.Gillespie@usdoj.gov
Counsel for United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/ Jasmine Zachariah_____
FSA Data Analyst
U.S. Attorney's Office