IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 21-cr-034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL SHAWN STEWART,
2.    BRYANT EDWIN SEWALL,

    Defendants.
_____

**ORDER**
_____

This matter comes before the Court *sua sponte*. It is the Court's understanding that since yesterday, May 23, 2022, Nicole C. Cassidy is employed as an Assistant U.S. Attorney ("AUSA") with the Office of the United States Attorney for the District of Colorado, counsel for Plaintiff (the "Government"). AUSA Cassidy was a Term Law Clerk in the undersigned's Chambers from May 2020 through May 20, 2022. Given how recently AUSA Cassidy was a Law Clerk for the undersigned, and in an effort to avoid even the appearance of any possible bias or prejudice on the part of the undersigned in favor of any one or more parties to this case, the Court Orders as follows:

    1.    On or before **June 1, 2022**, the Government shall file with this Court a Report summarizing in detail all steps the Government has taken, or in the immediate future will take, to eliminate to the fullest extent practicable any grounds upon which the undersigned should reasonably consider his recusal from this case. The steps to be implemented by the Government must include, at a minimum, procedures which will

1

preclude AUSA Cassidy from: (a) having any access to any information about this case; (b) assisting in the representation of the Plaintiff and (c) being involved in or consulted with in regards to any tactical or strategic decision the Government may make in the course of its representation of the Plaintiff.

    2.    Notwithstanding any Report filed by the Government in compliance with this Order, any other party shall have until **June 6, 2022** within which to suggest the appropriateness of my recusal from this case, to include the grounds and law, if any there be, in support of such a suggestion.

Dated this 24th day of May, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge