IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL SHAWN STEWART, and**
2. **BRYANT EDWIN SEWALL,**

    Defendants.

_____

## REPORT
_____

On May 24, 2022, this Court issued an order (Doc. 63) directing the United States Attorney's Office to file a report summarizing in detail all steps the Government has taken, or in the immediate future will take, to eliminate to the fullest extent practicable any grounds upon which this Court should reasonably consider his recusal from the above referenced case in light of his former Term Law Clerk beginning work on May 23, 2022, as an Assistant U.S. Attorney.

In response, the United States Attorney's Office (USAO) informs the Court that it has taken and will take the following steps:

(1)    The former Term Law Clerk will be walled off this case. The USAO will take steps to ensure the former Term Law Clerk has no access to any electronic or hard copy case materials and she has been instructed not to communicate with anyone in the USAO about this case. The former Term Law Clerk will not be given any

assignments on this case, nor will she be involved in any way on this case going forward.

(2)  The undersigned AUSA, all other AUSAs, and staff assigned to this case have been instructed not to discuss this case with, or share any materials related to this case with, the former Term Law Clerk.

(3)  The former Term Law Clerk has also been instructed to alert her supervisors immediately if she should inadvertently be exposed to the case so that appropriate steps can be taken to notify the parties to this case and the Court.

COLE FINEGAN
United States Attorney

By: *s/Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

By: *s/Anna Edgar*
ANNA EDGAR
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Anna.Edgar@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 26th day of May, 2022, I electronically filed the foregoing **REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

               s/ *Amy McDaniel*
               Amy McDaniel
               Legal Assistant
               U.S. Attorney's Office