IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **MICHAEL SHAWN STEWART, and**
2.    **BRYANT EDWIN SEWALL,**

    Defendants.

_____

### JOINT MOTION FOR ADDITIONAL TRIAL DAYS
_____

The United States of America and defendants Stewart and Sewall, by and through their respective counsel, file this Joint Motion for Additional Trial Days. Consistent with the Court's practice in civil cases, the parties request a status conference regarding this motion for a more fulsome discussion of the anticipated trial needs in this case. *See* Practice Standards of William J. Martinez, United States District Court Judge, at pg. 12 (requiring a status conference in civil cases where the parties seek more than 5 trial days).

Per the Court's Order Resetting Trial Date and related Deadlines, the Court has currently allotted seven days for the trial in this case. [Doc. # 62 at pg. 3]. The parties understand the need to use the Court's time efficiently and will do their best to streamline the presentation of evidence in this case. However, due to the nature of this

case and the anticipated evidence, the parties agree that seven trial days is not adequate.   Thus, the parties jointly move the Court to schedule nine additional trial days, resulting in a total trial time of sixteen days.

The indictment alleges that defendants Stewart and Sewall conducted a wire fraud scheme through the companies Mediatrix and Blue Isle from March 2016 through September 2019 in which they used false representations to induce investors to invest more than $129 million dollars in algorithm-based trading in foreign currency exchange ("FOREX") markets.   [Doc. # 1].   There were hundreds of investors.   The trial in this case will require the presentation of substantial international evidence from multiple countries because, among other things: (1) defendants Stewart and Sewall conducted much of Mediatrix's and Blue Isle's business from an office in the Bahamas; (2) Blue Isle's FOREX brokerage accounts were located in the United Kingdom; (3) bank accounts were held in multiple foreign countries; and (4) some of the investors reside in foreign countries.   Additionally, the presentation of evidence at trial will require an in depth discussion of FOREX trading and several technologies used in such trading.

While the parties are already discussing stipulations to streamline the presentation of evidence and maximize efficiency during trial, the government currently expects to present 30-35 witnesses and approximately 450 exhibits—many of which will be needed to support summary charts.   The government anticipates that the presentation of its case will take nine days.   The defense anticipates that the presentation of its case will take five days.   Additionally, one trial day will be needed for

jury selection and opening statements, and another trial day will be needed for closing statements and to allow the jury to begin deliberations.   Thus, the parties request that the Court schedule a total of sixteen trial days in this case.

The parties recognize that a sixteen-day trial is longer than most trials that come before this Court.   However, the parties agree that the special needs of this case require this additional time for the effective presentation of evidence at trial.   As such, the parties respectfully request that the Court grant this joint motion.

Respectfully submitted this 29th day of June 2022.

| | |
|---|---|
| VIRGINIA L. GRADY<br>Federal Public Defender | COLE FINEGAN<br>United States Attorney |
| By: *s/ Jordan R. Deckenbach*<br>JORDAN R. DECKENBACH<br>Assistant Federal Public Defender<br>104 South Wolcott Street<br>Casper, WY   82601<br>Telephone: (307) 772-2781<br>Jordan_Deckenbach@fd.org<br>*Attorney for Mr. Michael Stewart* | By: *s/Pegeen D. Rhyne*<br>PEGEEN D. RHYNE<br>Assistant U.S. Attorneys<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>(303) 454-0100<br>(303) 454-0409 (fax)<br>Pegeen.Rhyne@usdoj.gov<br>*Attorney for Government* |
| By: *s/ Kenneth M. Harmon*<br>KENNETH M. HARMON<br>Springer & Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, CO 80202-4920<br>Telephone: 303-861-2800<br>kharmon@springersteinberg.com<br>*Attorney for Mr. Bryant Sewall* | By: *s/Anna Edgar*<br>ANNA EDGAR<br>Assistant U.S. Attorneys<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>(303) 454-0100<br>(303) 454-0409 (fax)<br>Anna.Edgar@usdoj.gov<br>*Attorney for Government* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of June, 2022, I electronically filed the foregoing JOINT MOTION FOR ADDITIONAL TRIAL DAYS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                                s/ *Amy McDaniel*
                                                Amy McDaniel
                                                Legal Assistant
                                                U.S. Attorney's Office