# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00034-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.    **BRYANT EDWIN SEWALL**,

        Defendant.

---

## EMERGENCY MOTION TO PERMIT DEFENDANT SEWALL OUT-OF-STATE TRAVEL FOR PURPOSES OF EMPLOYMENT

---

Defendant Bryant Edwin Sewall, by and through undersigned counsel, Kenneth M. Harmon, hereby respectfully moves, on an emergency basis, for an order by this Court permitting travel outside of the currently approved geographic boundaries set as part of his pretrial release conditions in this case, for the express purpose of fulfilling emergency duties in connection with one of his positions of employment.

As grounds for the motion, Mr. Sewall states as follows:

1.    On March 3, 2021, Mr. Sewall made his initial appearance in this case and was ordered released by this Court on a $70,000 unsecured appearance bond, subject to a set of standard and special pretrial release conditions (DE 20-21).[1] The pretrial release conditions included the condition that Mr. Sewall limit his travel to the Eastern District of Texas and to and from Colorado for court-related matters unless prior

---

[1]    "DE" refers to docket entries in this case.

1

permission was granted by the Court (DE 21, Order Setting Conditions of Release, ¶ 7(f)).  Mr. Sewall's release conditions were subsequently modified, owing to employment opportunities, to permit travel to be expanded to the Northern District of Texas (DE 31, 33).

      2.     Since that time, Mr. Sewall has been gainfully employed and compliant with all terms and conditions of his pretrial release in this case.

      3.     Mr. Sewall holds down three jobs. His most recent employment is as a roof inspector for Knight's Solutions, www.knightssolutions.com, a company whose services include roof inspections in connection with insurance coverage.  Mr. Sewall is employed as a contract employee and holds the title of inspection technician.

      4.     Since his employment with Knight's Solutions, Mr. Sewall has been making regular roof inspections for the company throughout the Northern and Eastern Districts of Texas.  However, in the aftermath of Hurricane Ian in Florida and the surrounding states, Mr. Sewall and other roof inspectors for Knight's Solutions have been told that they need to be available to be deployed for emergency roof inspections in the Middle District of Florida (*i.e.*, "CAT Deployments"). Mr. Sewall has been specifically told, as of yesterday, that his CAT Deployment to the Middle District of Florida is set to begin tomorrow, October 8, 2022. Mr. Sewall is expected either to take this assignment or, if declined, to do backfill work in Oklahoma City, Oklahoma for inspectors who do travel the Middle District of Florida for the Hurricane Ian Cat Deployments. If he declines to do this backfill work as well, he is in jeopardy of losing his position at Knight's Solutions.

      5.     Mr. Sewall has been advised that his CAT Deployment to the Middle

District of Florida is likely to last between two to three weeks. Given the nature of the work, the assignments and work hours are dynamic and evolving and depend on the exigencies that the Knight's Solutions' inspectors will face when they arrive in the Middle District of Florida. All such work will take place, however, in the Middle District of Florida.  Mr. Sewall's current understanding is that Knight's Solutions will provide his temporary lodging but he does not know, as of now, the exact locations of lodging. These are likely to change over the course of the deployment based on the roofing assignments that are made.

6. Mr. Sewall has advised U.S. Probation Officer Donald Rogan, the officer providing courtesy supervision in the Eastern District of Texas for this Court, of this emergency job assignment. He has provided records available to him verifying or substantiating his employment with Knight's Solutions and email and text correspondence with his supervisor at Knight's about the CAT Deployment.  Mr. Sewall stands ready to provide supplemental information about the assignment and its locations and his itinerary as this information becomes available and is prepared to maintain telephonic contact with the U.S. Probation Officer, as may be directed by that office.

WHEREFORE, Mr. Sewall respectfully requests that this Court grant his motion and permit him to travel to the Middle District of Florida and temporarily reside there for the purposes of performing his employment duties for Knight's Solutions.

DATED October 7, 2022

Respectfully submitted,

*s/Kenneth M. Harmon*

Kenneth M. Harmon
Springer & Steinberg, P.C.
1600 Broadway, Suite 2100
Denver, Colorado 80202
Tel. No. (303) 861-2800
E-Mail:kharmon@springersteinberg.com

Counsel for Bryant Edwin Sewall

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/Kenneth M. Harmon*
Kenneth M. Harmon