# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21CR00034-002

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Bryan Edwin SEWALL

   Defendant.

## ORDER PERMITTING EMERGENCY TRAVEL

THIS MATTER is before the Court upon request by defense to allow the defendant to travel out-of-state for purposes of employment.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's travel be approved to include the following:

1. The defendant provides his Probation Officer a specific travel itinerary,
2. The defendant provides his Probation Officer notification of his specific work address and address at which he will reside and,
3. Maintain Telephonic Contact as directed by the Probation Officer.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this  11th  day of October, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge