**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MICHAEL SHAWN STEWART, and
2. **BRYANT EDWIN SEWALL,**

 Defendants.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

 Undersigned counsel hereby enters his appearance as counsel of record for Defendant Bryant Edwin Sewall. Counsel has been appointed to represent Mr. Sewall in this case pursuant to the provisions of the Criminal Justice Act.


Respectfully Submitted,


s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated: November 8, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, November 08, 2022, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

        s/Xitlalli Garzon
        Xitlalli Garzon
        Legal Assistant