**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MICHAEL SHAWN STEWART, and
2.     **BRYANT EDWIN SEWALL,**

    Defendants.

---

**UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS**

---

Defendant Bryant Sewall, by and through undersigned counsel, moves the Court to modify his release conditions, and states the following grounds:

1.     The Indictment in this case (Doc. 1), filed February 4, 2021, charges Mr. Sewall and the co-defendant with 14 counts of wire fraud in violation of 18 U.S.C. § 1343, one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 371, and related forfeiture allegations.

2.     Mr. Sewall surrendered and made his first appearance on March 3, 2021, at which time the Court released him on a $70,000 unsecured bond. Doc. 18, 19. The Court ordered Mr. Sewall to submit to supervision by the United States Probation Office in the Eastern District of Texas where he resides, and that "travel is restricted to the Eastern District of Texas, and travel to and from Colorado for court-related matters, without prior permission is granted by the Court." Doc. 21. The area where Mr. Sewall is

permitted to travel without prior approval from the Court was subsequently expanded to include the Northern District of Texas. Doc. 32, 33.

3. Mr. Sewall lives in Little Elm, Texas and is employed as a roof inspector for Knight's Solutions, www.knightssolutions.com, a company whose services include roof inspections in connection with insurance coverage. While Mr. Sewall's primary duties in connection with his employment are within the Northern and Eastern Districts, his employer sometimes needs him to "backfill" in other areas of Texas and Oklahoma when there is a shortage of available inspectors in those areas. In addition, in the event of significant natural disasters like hurricanes or tornados, Mr. Sewall may be asked to travel to affected areas as part of a "CAT Deployment" for emergency inspections of roofs and other property damage. CAT Deployments typically arise with little advance notice, and it is difficult for Mr. Sewall to go through the process of having his attorney file a motion for permission to travel and waiting for the court's ruling during the short time in which his employer expects him to respond.

4. In order to give Mr. Sewall flexibility to meet his employer's expectations and to avoid unnecessarily cluttering the Court's docket with perfunctory travel requests, Mr. Sewall respectfully requests that his release condition with respect to travel be modified to read "travel is restricted to Texas and Oklahoma, and travel to and from Colorado for court-related matters, without prior permission from the Court. Defendant may travel beyond these areas for work-related reasons including any 'CAT Deployment' with prior approval from the supervising probation officer." Such a modification would give Mr. Sewall the ability to meet most work obligations without

involving the Court while maintaining oversight by the supervising probation officer in the event work travel takes him beyond Texas and Oklahoma.

5. Undersigned counsel has conferred with Donald Rogan, Mr. Sewall's supervising probation officer in Texas, as well as Megan Dibsie, the assigned probation officer in the District of Colorado. Mr. Rogan indicated that Mr. Sewall has been compliant with all pre-trial conditions. Probation Officer Dibsie indicated that the Probation Office does not object to the requested modification.

6. Undersigned counsel conferred with Assistant United States Attorney Anna Edgar prior to filing this motion and informs the Court that the government does not object to the relief requested herein.

WHEREFORE, Mr. Sewall respectfully moves the Court to modify his travel restriction so that travel is restricted to Texas and Oklahoma, and travel to and from Colorado for court-related matters, without prior permission from the Court, and that Defendant may travel beyond these areas for work-related reasons including any CAT Deployment with prior approval from the supervising probation officer.

Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant Bryant Sewall
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:   November 29, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, November 29, 2022, I electronically filed the foregoing UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Thomas R. Ward
Thomas R. Ward