IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00034-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL SHAWN STEWART, and
2.     BRYANT EDWIN SEWALL,

        Defendants.

## DEFENDANTS' CONSOLIDATED RESPONSE
## TO GOVERNMENT'S SENTENCING STATEMENTS (Docs. 328 and 329)

Michael Shawn Stewart and Bryant Edwin Sewall, by and through their respective counsel, respectfully respond to the Government's Sentencing Statements, pursuant to D.C.COLO.LCrR 32.1(a)(2).

The Government, as required by D.C.COLO.LCrR 32.1(a)(1), filed post-trial Sentencing Statements that made broad characterizations of the facts it deemed established at trial and provided a detailed analysis of sentencing factors. Docs. 328, 329. Pursuant to D.C.COLO.LCrR 32.1(a)(2), each Defendant may – but is not required to – file a responsive analysis of the sentencing factors. Given the size and complexity of this matter, both Defendants wish to review their respective Presentence Reports before filing a robust analysis of the relevant factual and legal issues.

To be clear: Defendants do not concede that the Government's characterizations in their Sentencing Statements of the facts established at trial are accurate or complete,

nor do they concede that the Government's analysis of the relevant sentencing factors is correct or appropriate.

Pursuant to WJM Revised Practice Standard IXI(I)(2)(b), each Defendant will file a full analysis of the relevant facts and sentencing factors after disclosure of the Presentence Investigation Report and no later than 14 days before the sentencing hearings scheduled for November 14, 2024 (Stewart) and November 21, 2024 (Sewall). *See* Doc. 309.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Mary V. Butterton
        MARY V. BUTTERTON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Mary_Butterton@fd.org
        *Attorney for Defendant Stewart*


        s/Thomas R. Ward
        THOMAS R. WARD
        Stuart & Ward LLP
        140 E. 19th Ave., Suite 300
        Denver, CO 80203
        Tel. 303-832-8888
        Fax: 303-863-8888
        tward@stuartwardlaw.com
        *Attorney for Defendant Sewall*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I filed the foregoing

**DEFENDANTS' CONSOLIDATED RESPONSE TO GOVERNMENT'S SENTENCING STATEMENTS (Docs. 328 and 329)**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses and counsel of record:

Anna Edgar, Assistant United States Attorney
Email: Anna.Edgar@usdoj.gov

Bryan Fields, Assistant United States Attorney
Email: bryan.fields3@usdoj.gov

William Gillespie, Assistant United States Attorney
Email: william.gillespie@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Michael Stewart (via U.S. mail)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
*Attorney for Defendant Stewart*
